OPINION — AG — THE STATE ELECTION BOARD CANNOT LAWFULLY MAKE CONTRIBUTION TO THE OKLAHOMA COUNTY ELECTION BOARD OF THE GENERAL ELECTION ON NOVEMBER 3, 1964, ON THE BASIS OF 367 PRECINCTS; THAT SUCH CONTRIBUTION MUST BE BASED ON THE 325 PRECINCTS "IN EXISTENCE AT THE LAST ELECTION PRIOR TO THE USE OF VOTING MACHINES" IN SAID COUNTY. CITE: 26 O.S. 1961 551 [26-551], 26 O.S. 1961 271-291 [26-271] — [26-271] (HARVEY CODY)